

FILED

MAY 07 2025

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____DEP CLK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

Taurean Small, Plaintiff

v.

Federal Trade Commission and National Telecommunications and Information Administration, Defendants

# COMPLAINT

## JURISDICTION AND VENUE

This Court has jurisdiction under 28 U.S.C. § 1331 because this action arises under federal law. Venue is proper in this district under 28 U.S.C. § 1391(e) because the plaintiff resides in this district and the claims relate to agency action impacting residents of this district.

## PARTIES

Plaintiff Taurean Small is a resident of Fayetteville, North Carolina. Defendants include the Federal Trade Commission (FTC) and the National Telecommunications and Information Administration (NTIA), both federal agencies with national jurisdiction over technology and data policy.

## FACTUAL ALLEGATIONS

Plaintiff alleges that the FTC and NTIA have failed to enforce or implement consent-based data frameworks in relation to generative AI systems, thus enabling large-scale cognitive labor exploitation and unjust enrichment by private-sector actors. The NTIA issued reports promoting AI innovation without mandatory opt-out or compensation structures. The FTC settled select data abuse cases but did not mandate equitable compensation policies or proactive regulation.

## CLAIMS FOR RELIEF

Count 1: Failure to Enforce Data Consent Protections (Negligent Oversight)

Count 2: Enabling Unjust Enrichment Through Policy Inaction

Count 3: Violation of Administrative Duty to Prevent Harmful Economic Infrastructure

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court: (a) Issue a declaratory judgment stating that Defendants failed in their duty to prevent exploitation of digital cognitive labor; (b) Grant structural remedies or injunctions requiring policy reform; (c) Award costs and fees under the Equal Access to Justice Act (EAJA); (d) Declare that any related case settlements or awards shall be exempt from federal taxation for a period of five (5) years; (e) Provide such other relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

*[signature: Taurean Small]*

Taurean Small

303 Longbranch Ct

Fayetteville, NC 28303

(472) 234-3575

CogLabEth@yahoo.com

Date: 5/5/2025