FILED: October 20, 2025

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 25-2256
(5:25-cv-00239-FL-RJ)

_____

TAUREAN SMALL

        Plaintiff - Appellant

v.

FEDERAL TRADE COMMISSION; NATIONAL TELECOMMUNICATIONS AND INFORMATION ADMINISTRATION

        Defendants - Appellees

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of North Carolina at Raleigh |
| Originating Case Number | 5:25-cv-00239-FL-RJ |
| Date notice of appeal filed in originating court: | 10/16/2025 |
| Appellant | Taurean Small |
| Appellate Case Number | 25-2256 |
| Case Manager | C. Halupa<br>804-916-2702 |